IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| JAMES WHITE, | : |
| Plaintiff, | : |
| | Case No. 3:13cv00171 |
| vs. | : |
| | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social Security Administration, | : |
| Defendant. | : |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #17), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on August 26, 2014 (Doc. #17) is ADOPTED in full;

2. The parties' Joint Stipulation For Award of Attorney Fees under the Equal Access to Justice Act (Doc. #16) is GRANTED, and the Commissioner is ordered to pay Plaintiff's attorney fees, costs, and expenses in the total amount of $4,890.00;

3. Defendant is further ordered to verify, within thirty days of this Decision and Entry, whether or not Plaintiff owes a pre-existing debt to the United States

subject to offset.  If no such pre-existing debt exists, Defendant is ordered to pay the EAJA award directly to Plaintiff's attorney; and

4. Plaintiff's Motion for Attorney Fees (Doc. #14) is DENIED as moot.

September 15, 2014                              *s/Thomas M. Rose

```
                                        _____
                                           Thomas M. Rose
                                        United States District Judge
```